IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE<br>484 Redbud Ct.<br>Warrington, PA  18976<br>            PLAINTIFF,<br><br>vs.<br><br>TRANS UNION, LLC<br>555 West Adams<br>Chicago, IL  60661<br>    and<br>CITY OF PHILADELPHIA<br>1515 Arch Street, 17th Floor<br>Philadelphia, PA  19102<br>            Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 02-4440<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

Kindly enter the appearance of the undersigned as counsel of record for defendant, City of Philadelphia, in the above-captioned action.

HONORABLE NELSON A. DIAZ
CITY SOLICITOR

_____
JIM COUSOUNIS
Deputy City Solicitor

LAW DEPARTMENT
1515 Arch Street, 17th Floor
Philadelphia, PA  19102
(215) 683-5020
ATTORNEY FOR DEFENDANT

Dated:  07/29/02