IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE<br><br>                    Plaintiff,<br>   v.<br><br>TRANS UNION LLC<br>CITY OF PHILADELPHIA<br>                    Defendant. | C.A. NO: 02-CV-4440 |

**ORDER EXTENDING DEADLINES**

AND NOW, this _____ day of _____, 2003, for good cause shown, it is hereby ORDERED that Plaintiff's and Trans Union's Motion for extension of time is granted, and this Court's scheduling order is amended as follows:

1.   Pretrial timetable:

- Expert reports due March 31, 2003; Rebuttal reports due April 28, 2003; depositions of all experts to be completed by May 14, 2003;
- Close of fact discovery on May 15, 2003.
- Dispositive motions due normally on June 13, 2003.
- Exchange of exhibits due on June 11, 2003.
- Plaintiff's pre-trial memorandum due on June 11, 2003.
- Defendant's pre-trial memorandum due on June 11, 2003.
- All motions in limine due on May 21, 2003.
- All responses to motions in limine due on May 28, 2003.
- Final pre-trial conference to be held on _____.

2.   This case will be placed into the trial pool on _____ or as soon thereafter as all dispositive motions have been decided.

_____
Anita B. Brody, J.