## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE | : |
| Plaintiff | : |
| v. | : 02-cv-4440 |
| TRANS UNION, LLC, et. al | : |
| Defendant | : |

## ORDER

_____**AND NOW**, this day of April 2003, it is **ORDERED** that pursuant to the plaintiff's praecipe to dismiss the complaint against the defendant City of Philadelphia (Docket Entry #12), the plaintiff's claims against the City of Philadelphia will be dismissed.

_____

ANITA B. BRODY, J.


Copies **FAXED** on _____ to:        Copies **MAILED** on _____ to: