IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>TRANS UNION, LLC )<br>and )<br>CITY OF PHILADELPHIA )<br>)<br>Defendants. )<br>) | Civil Action No. 02-CV-4440 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter the appearance of John Soumilas, Esquire, on behalf of Plaintiff in the above-captioned matter.

                                              **Respectfully submitted,**

                                              **FRANCIS & MAILMAN, P.C.**

              BY:    _____
                         JAMES A. FRANCIS, ESQUIRE
                         MARK D. MAILMAN, ESQUIRE
                         JOHN SOUMILAS, ESQUIRE
                         Land Title Building, 19th Floor
                         100 South Broad Street
                         Philadelphia, PA  19110
                         (215) 735-8600

Dated: June 9, 2003

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GRACE LAWRENCE )<br>)<br>    Plaintiff, )<br>vs. )<br>)<br>TRANS UNION, LLC )<br>    and )<br>CITY OF PHILADELPHIA )<br>)<br>    Defendants. )<br>) | Civil Action No. 02-CV-4440 |

**CERTIFICATE OF SERVICE**

    I, John Soumilas, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance was served by regular mail on:

> Timothy P. Creech, Esquire
> Satzberg, Trichon, Kogan
> & Wertheimer, P.C.
> 1818 Market Street, 30th Floor
> Philadelphia, PA 19103

                                    **FRANCIS & MAILMAN, P.C.**

BY: _____
       JAMES A. FRANCIS, ESQUIRE
       MARK D. MAILMAN, ESQUIRE
       JOHN SOUMILAS, ESQUIRE
       Land Title Building, 19th Floor
       100 South Broad Street
       Philadelphia, PA  19110
       (215) 735-8600

Dated: June 9, 2003