**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GRACE LAWRENCE** <br><br> Plaintiff, <br><br> v. <br><br> **TRANS UNION LLC** <br> **CITY OF PHILADELPHIA** <br><br> Defendant. | **C.A. NO: 02-CV-4440** |

## ORDER

AND NOW, this ____ day of 2003, for good cause shown, the parties joint motion for an extension of time is GRANTED and this Court's scheduling order is amended as follows:

This case shall be placed into the trial pool on or after August 25, 2003, or as soon thereafter as all dispositive motions have been decided.

No other deadlines set by this Court in previous orders shall be affected by this ruling.

_____

Anita B. Brody, J.