IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE<br><br>                Plaintiff,<br><br>  v.<br><br>TRANS UNION LLC<br>CITY OF PHILADELPHIA<br>                Defendant. | C.A. NO: 02-CV-4440 |

**JURY VERDICT SHEET**

Question No 1.

CIRCLE ONE:

YES        NO        Trans Union was negligent in its preparation of Plaintiff's consumer report(s) which contained inaccurate information.

Question No 2.

CIRCLE ONE:

YES        NO       Trans Union was negligent in its reinvestigation of Plaintiff's dispute(s) of inaccurate information.

*If the Answer to Question No. 1 and Question Number 2 are "NO," no further responses are required.*

Question No. 3.      (If the Answer to Question No. 1 *OR* Question No. 2 is YES)

CIRCLE ONE:

YES        NO       Plaintiff was harmed by inaccurate credit information contained in her Trans Union consumer reports.

*If the Answer to Question No. 3 is "NO," no further responses are required.*

Question No. 4.      (If the Answer to Question No. 3 is YES)

CIRCLE ONE:

YES        NO       In addition to the harm which Plaintiff suffered as a result of inaccurate information contained in her Trans Union consumer

reports, Plaintiff was harmed as alleged in this lawsuit by negligent acts committed by other parties.

Question No. 5.      (If the Answer to Question No. 3 or Question No. 4 is YES)

Compensatory Damages Award for all harm which you find that Plaintiff suffered: $_____.

Question No. 6.      (If the Answer to Question No. 3 *AND* Question No. 4 is YES, *AND* the Answer to Question No. 5 is greater than zero (0)):

Plaintiff was harmed as alleged in the complaint by the negligent acts of Trans Union and others. This harm may be allocated among the following entities as a percentage. State the percentage by which each parties' negligent act(s) caused Plaintiff harm, if any (the percentages assigned must add up to 100):

___%  Trans Union;

___%  Any other person or entity.