IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE<br><br>                         Plaintiff,<br>  v.<br><br>TRANS UNION LLC<br>CITY OF PHILADELPHIA<br>                         Defendant. | C.A. NO: 02-CV-4440 |

## TRANS UNION LLC'S MOTION FOR SUMMARY JUDGMENT

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, moves this Court, pursuant to Federal Rule of Civil Procedure 56, for summary judgment. Trans Union is entitled to summary judgment because there is no issue of material fact and Trans Union is entitled to judgment as a matter of law. The reasons and authorities for this motion are set forth more fully in the attached Memorandum of Law in Support of Motion for Summary Judgment and Exhibits thereto; the Deposition of Grace Lawrence; the Deposition of Eileen Little; and the Deposition of William Stockdale.

                                                Respectfully Submitted,

                                                _____
                                                BRUCE S. LUCKMAN    (38636)
                                                TIMOTHY P. CREECH    (81728)

                                                SATZBERG, TRICHON
                                                 KOGAN & WERTHEIMER, P.C.
                                                1818 Market St., 30th Floor
                                                Philadelphia, PA 19103
                                                (215) 575-7600; Fax: (215) 575-7688
                                                bluckman@mstkw.com; tcreech@mstkw.com

                                                *Attorneys for Defendant, Trans Union LLC*

DATED:      June 16, 2003