# Chase Manhattan Bank

**Archive Report**

**ChaseID: 182104000090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn**

Cmpgn: FCA2 ONE CHASE INS PL ABP APP ELIG PrdOfrd: MPLAT PrdBkd: LocOfrd: 210190 LocBkd: BalXfer: 5242 BkCrLn: 0

SSN: 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 DOB: 02/05/42 Income: 45000 HA: 484 REDBUD CRES,WARNINGTON,PA Zip: 18976 Ph: 2153434293
Emp: FOX SUDACUTE CENTER BA: BRISSELL RD,WARNINGTON, PA 18976 BPh: 2153432700 Custom Score: : 0

Act: WO Dte/Time: 2001-07-01 12:07:21 Ltr#: Dclnrsn: UserID: System
Act: ST Dte/Time: 2001-07-01 12:07:22 Ltr#: Dclnrsn: UserID: System
Comment: application shall enter the standard decision path (0800_channelrouting==>2100_channelentryprep)
Act: ST Dte/Time: 2001-07-01 12:07:22 Ltr#: Dclnrsn: UserID: System
Comment: all mandatory requirements met. (2400_minimumreqs==>2600_duplicateapps)
Act: ST Dte/Time: 2001-07-01 12:07:22 Ltr#: Dclnrsn: UserID: System
Comment: duplicate application processing complete (2600_duplicateapps==>2850_ccsrelprep)
Act: ST Dte/Time: 2001-07-01 12:07:22 Ltr#: Dclnrsn: UserID: System
Comment: fdrar request exported (fr00_fdraccountsreceivable==>fr10_fdraccountsreceivablepend)
Act: ST Dte/Time: 2001-07-01 12:07:35 Ltr#: Dclnrsn: UserID: System
Comment: fdr/ar request completed (fr20_fdraccountsreceivableresp==>2870_ccsrelexit)
Act: ST Dte/Time: 2001-07-02 13:14:50 Ltr#: Dclnrsn: UserID: System
Comment: bank score request exported (bs00_bankscore==>bs10_bankscorepend)
Act: ST Dte/Time: 2001-07-02 17:20:11 Ltr#: Dclnrsn: UserID: System
Comment: bank story request completed (bs20_bankscoreresp==>4030_bankstoryexit)
Act: LS Dte/Time: 2001-07-02 17:20:14 Ltr#: F815 Dclnrsn: 185 UserID: System
Comment: (ltr req export: 2001-08-01 01:10:09)
Act: ST Dte/Time: 2001-07-02 17:20:14 Ltr#: Dclnrsn: UserID: System
Comment: application has failed credit-policy exclusions. (4100_creditpolicycheck==>4200_lineassignment)
Act: ST Dte/Time: 2001-07-02 17:20:14 Ltr#: Dclnrsn: UserID: System
Comment: recommended-decline application eligible for judgmental review: bank score, 1; fico, 747; existing ccs accounts, 1; income, $45000 .00 (4200_lineassignment==>4400_manualunderwriting)
Act: AW Dte/Time: 2001-07-11 16:36:55 Ltr#: Dclnrsn: UserID: u585730
Comment: withdraw application
Act: LS Dte/Time: 2001-07-11 16:37:45 Ltr#: F260 Dclnrsn: UserID: u585730
Comment: (ltr req export: 2001-08-01 01:10:09)
Act: CM Dte/Time: 2001-07-30 21:54:41 Ltr#: Dclnrsn: UserID: u579474
Comment: qc'd by qa

**ChaseID: 182104000090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn**

incorrect routing
please correct
Act: ST Dte/Time: 2001-07-31 09:49:39 Ltr#: Dclnrsn: UserID: u060249
Comment: u060249 forwarded application; 4400_manualunderwriting ==> 9150_withdrawcomplete
Act: ST Dte/Time: 2001-07-31 09:50:05 Ltr#: Dclnrsn: UserID: System
Comment: application withdrawn (9150_withdrawcomplete==>9900_pendingarchive)
Act: WC Dte/Time: 2001-08-01 01:10:09 Ltr#: Dclnrsn: UserID: System

---

Pos: 1 Dt/Tm: 2001-07-01 12:07:21 User: System Text: 0000_Load==>0100_APPLoad
Pos: 2 Dt/Tm: 2001-07-01 12:07:21 User: System Text: 0100_APPLoad==>0300_PROGLoad
Pos: 3 Dt/Tm: 2001-07-01 12:07:22 User: System Text: 0300_PROGLoad==>0800_ChannelRouting
Pos: 4 Dt/Tm: 2001-07-01 12:07:22 User: System Text: 0800_ChannelRouting==>2100_ChannelEntryPrep
Pos: 5 Dt/Tm: 2001-07-01 12:07:22 User: System Text: 2100_ChannelEntryPrep==>2200_DataIntegrity
Pos: 6 Dt/Tm: 2001-07-01 12:07:22 User: System Text: 2200_DataIntegrity==>2400_MinimumReqs
Pos: 7 Dt/Tm: 2001-07-01 12:07:22 User: System Text: 2400_MinimumReqs==>2600_DuplicateApps
Pos: 8 Dt/Tm: 2001-07-01 12:07:22 User: System Text: 2600_DuplicateApps==>2850_CCSRelPrep
Pos: 9 Dt/Tm: 2001-07-01 12:07:22 User: System Text: 2850_CCSRelPrep==>FR00_FDRAccountsReceivable
Pos: 10 Dt/Tm: 2001-07-01 12:07:22 User: System Text: FR00_FDRAccountsReceivable==>FR10_FDRAccountsReceivablePend
Pos: 11 Dt/Tm: 2001-07-01 12:07:35 User: System Text: FR10_FDRAccountsReceivablePend==>FR20_FDRAccountsReceivableResp
Pos: 12 Dt/Tm: 2001-07-01 12:07:35 User: System Text: FR20_FDRAccountsReceivableResp==>2870_CCSRelExit
Pos: 13 Dt/Tm: 2001-07-01 12:07:35 User: System Text: 2870_CCSRelExit==>2900_BureauPrep
Pos: 14 Dt/Tm: 2001-07-01 12:07:36 User: System Text: 2900_BureauPrep==>BureauEntrance
Pos: 15 Dt/Tm: 2001-07-01 12:07:36 User: System Text: BureauEntrance==>BureauSelectNext
Pos: 16 Dt/Tm: 2001-07-01 12:07:36 User: System Text: BureauSelectNext==>BureauExportQ
Pos: 17 Dt/Tm: 2001-07-02 13:12:04 User: System Text: BureauExportQ==>BureauImport
Pos: 18 Dt/Tm: 2001-07-02 13:12:05 User: System Text: BureauImport==>BureauExit
Pos: 19 Dt/Tm: 2001-07-02 13:14:50 User: System Text: BureauExit==>3900_DecisionPrep
Pos: 20 Dt/Tm: 2001-07-02 13:14:50 User: System Text: 3900_DecisionPrep==>4010_BankStoryPrep
Pos: 21 Dt/Tm: 2001-07-02 13:14:50 User: System Text: 4010_BankStoryPrep==>BS00_BankScore
Pos: 22 Dt/Tm: 2001-07-02 13:14:50 User: System Text: BS00_BankScore==>BS10_BankScorePend
Pos: 23 Dt/Tm: 2001-07-02 17:20:11 User: System Text: BS10_BankScorePend==>BS20_BankScoreResp
Pos: 24 Dt/Tm: 2001-07-02 17:20:13 User: System Text: BS20_BankScoreResp==>4030_BankStoryExit
Pos: 25 Dt/Tm: 2001-07-02 17:20:13 User: System Text: 4030_BankStoryExit==>4100_CreditPolicyCheck

ChaseID: 182104000090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn

Pos: 26 Dt/Tm: 2001-07-02 17:20:14 User: System Text: 4100_CreditPolicyCheck==>4200_LineAssignment
Pos: 27 Dt/Tm: 2001-07-02 17:20:14 User: System Text: 4200_LineAssignment==>4400_ManualUnderwriting
Pos: 28 Dt/Tm: 2001-07-06 04:29:28 User: System Text: 4400_ManualUnderwriting==>CH10_CrdHistExport
Pos: 29 Dt/Tm: 2001-07-06 04:29:29 User: System Text: CH10_CrdHistExport==>4400_ManualUnderwriting
Pos: 30 Dt/Tm: 2001-07-13 02:00:54 User: System Text: 4400_ManualUnderwriting==>CH10_CrdHistExport
Pos: 31 Dt/Tm: 2001-07-13 02:00:55 User: System Text: CH10_CrdHistExport==>4400_ManualUnderwriting
Pos: 32 Dt/Tm: 2001-07-31 09:50:05 User: System Text: 4400_ManualUnderwriting==>9150_WithdrawComplete
Pos: 33 Dt/Tm: 2001-07-31 09:50:05 User: System Text: 9150_WithdrawComplete==>9900_PendingArchive
Pos: 34 Dt/Tm: 2001-08-01 01:10:09 User: System Text: 9900_PendingArchive==>LT10_EZLetterExport
Pos: 35 Dt/Tm: 2001-08-01 01:10:09 User: System Text: LT10_EZLetterExport==>9900_PendingArchive
Pos: 36 Dt/Tm: 2001-08-03 01:57:38 User: System Text: 9900_PendingArchive==>CH10_CrdHistExport
Pos: 37 Dt/Tm: 2001-08-03 01:57:39 User: System Text: CH10_CrdHistExport==>9900_PendingArchive
Pos: 38 Dt/Tm: 2001-11-28 06:40:37 User: System Text: 9900_PendingArchive==>AR00_ArchiveToTable

---

Rule Text:
0101_07_z000 app load conditions: nnn nnnnnnn
0103_03_fzz1 address parsing forced.
0103_03_fzz1 address parsing forced.
0103_04_fzz1 set the application-level balance transfer fields.
0103_05_fzz1 the application-level third party indicator has been set to "n."
0303_01_z000 the application's program/super-group table key fields are valid. program/super-group table information successfully populated.
0304_zz_z000 program/super-group table initial loading has completed successfully.
0601_02_z000 route the application into the standard decision path.
2202_01_fzz1 the primary applicant's previous address is not required or tor is missing.
2405_zz_fzz1 this application has met all applicable data requirements.
2602_01_z010 no possible duplicate applications were found.
fr01_01 the request to fdrar has been made
fr21_zz_z000 fdr/ar request succeeded. routing to next status.
2871_01_fzz1 fdr accounts receivable file returned 1 ccs accounts to evaluate for this applicant.
2901_01_z002 setactivemulti. sets the primary applicant's credit control object active.
2901_02_z002 selctrlregflag. set the initialization flags for the bureau pull for the active credit control.
2901_04_z002 gotohnccredit subsystem. set and initialize flags. populate inquiry data, set statuses.

**ChaseID: 182104000090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn**

cc120 reset error counters.
cc130 first time or manual cbr
cc201 select bureau.
cc301 export request to ois
cc415 set credit detail active
cc430 set trade ppat fields
cc950 set received flag.
cc970 goto clrnextstatus (cbr)
3901_03_z002 sets the fico score into the person object from the system pulled cbr.
bs01_01_z000 request for bank score has been passed.
bs21_zz_z000 bank score request succeeded. routing to next status.
4031_02_fzz1 chase relationship found in cif with a bank score of 1.
4101_03_fzz1 exclusion policy fsd: full-application standard shall be used.
4102_04_fzz1 the ljge value of 1 is higher than the maximum of 0 allowed by policy fsd.
4106_01_fzz1 this application does not require a custom scorecard.
4105_05_fzz1 this recommended-decline application meets the criteria for judgmental review.
4201_01_fzz1 the credit line shall be assigned using table equationfa.
4203_10_fzz1 the offer does not permit balance transfers or the line-assignment strategy precludes balance-transfer adjustments.
4204_01_fzz1 the system-assigned cash line has been set to 3000.
4205_01_fzz1 recommended-decline application is eligible for judgmental review: bank score, 1; fico, 747; existing ccs accounts, 1
; income, $45000.00
rs01_01_z002 report server pre-processing has been completed.
ch11_01_z000 this rule exports to credit history, set the flag to so the event will not run again until reset by a status transiti
on and puts it back to the previous status.
ch11_01_z000 this rule exports to credit history, set the flag to so the event will not run again until reset by a status transiti
on and puts it back to the previous status.
9151_zz_z000 the application has been withdrawn.
9901_01_z000 the application has arrived in the pending archive status
rs01_01_z002 report server pre-processing has been completed.
lt11_01_z000 ez-letter export completed.
lt11_02_z000 closing the reg. b window.
lt11_03_z000 returns the application to the status it was in before being routed to ezletterexport.
ch11_01_z000 this rule exports to credit history, set the flag to so the event will not run again until reset by a status transiti

ChaseID: 182104000090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn

on and puts it back to the previous status.

---

Credit Bureau: Informatio Product: RPT Name: SSN: DOB:
Rcvd: CBUsed: N FICO:

---

Num Trds: 0 Satis Trds: 0 Chase Rev Trds: 0 Rev Trds: 0 Num Inq: 0 Num Bnkrp: 0 Num Rep/Forcl: 0 Num JLG: 0
Num Chrgoff: 0 Num Coll: 0 Mos on File: 0 Num Trds < 6 mo: 0 Tot Rev CrdLn: TotRevCrd Bal:
Rev Debt/Credit: 0.00% Tot Insl CrdLn: 0 Tot Insl Credit: 0 Inst Debt/Credit: 0.00% Risk Score Codes:
Alias:

---

CRAddress: Addr Report:
Emp: BA:
Alert:
Stmt Dt: Pgm Dt: Con Stmt:

---

Public Records Dup: Creditor Name: Rpt Dt: File Dt: Orig Bal:
Curbal: Status: St Dt: ECOA: Pub Type: BkChr:

---

Inq:
Dup: Creditor Name: Inq Date: KOB:

---

Tradelines Dup: Name: Typ: Acct Num: Open: Rpt Dt:
Highline: HighBal: CurBal: Curline: Sts Dt: Mos Rpt: Terms: Pmt:
ECOA: Past: Max Del: Max: 30/60/90:
Pattern: MOP: Status:

---

Credit Bureau: TransUnion Product: RPT Name: LAWRENCE,GRACE M SSN: 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 DOB: 02/01/42
Rcvd: 07/02/01 CBUsed: Y FICO: 747

---

Num Trds: 46 Satis Trds: 44 Chase Rev Trds: 0 Rev Trds: 34 Num Inq: 11 Num Bnkrp: 0 Num Rep/Forcl: 0 Num JLG: 1
Num Chrgoff: 0 Num Coll: 0 Mos on File: 414 Num Trds < 6 mo: 2 Tot Rev CrdLn: 132940 TotRevCrd Bal: 5105
Rev Debt/Credit: 3.84% Tot Inst CrdLn: 62313 Tot Insl Credit: 23409 Inst Debt/Credit: 37.57% Risk Score Codes: 040 003 014 008
Alias:

ChaseID: 182104000090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn

CRAddress: 2191 BLACKHORSE DR WARRINGTON,PA 18976 Addr Report:
CRAddress: 2141 BLACKHORSE DR WARRINGTON,PA 18976 Addr Report: 09/01/95
CRAddress: 484 REDBUD CT WARRINGTON,PA 18976 Addr Report: 05/01/99
Alert: surname alert-mismatch-input does not match file
Emp: LOWER BUCKS HOSPITAL BA:
Emp: L B H BA:
Slmt Dt: Pgm Dt: Con Slmt:

Public Records Dup: N Creditor Name: FRONEER THOMAS Rpt Dt: 1996-07-01 File Dt: Orig Bal: 2951
Curbal: 2951 Status: Civil Judgment St Dt: ECOA: Individual account Pub Type: Civil Judgment BkChr:

Inq:
Dup: N Creditor Name: CHASE Inq Date: 2001-07-02 KOB: Credit Card and Travel/Entertainmen
Dup: N Creditor Name: RAI CREDITCO Inq Date: 2001-06-07 KOB: Finance-Personal
Dup: N Creditor Name: CFC LLC Inq Date: 2001-04-30 KOB: Credit Card and Travel/Entertainmen
Dup: N Creditor Name: MBNA Inq Date: 2001-03-19 KOB: Banks and S&Ls
Dup: N Creditor Name: C B ASSO FIL Inq Date: 2000-07-07 KOB: Miscellaneous and Public Record
Dup: N Creditor Name: UNIVERSAL BN Inq Date: 2000-01-27 KOB: Banks and S&Ls
Dup: N Creditor Name: PROVIDIAN Inq Date: 1999-11-17 KOB: Banks and S&Ls
Dup: N Creditor Name: FIRST UNION Inq Date: 1999-09-10 KOB: Banks and S&Ls
Dup: N Creditor Name: WILLOW GROVE Inq Date: 1999-08-23 KOB: Banks and S&Ls
Dup: N Creditor Name: FIRST UNION Inq Date: 1999-07-21 KOB: Banks and S&Ls
Dup: N Creditor Name: BENEFICIAL S Inq Date: 1999-07-19 KOB: Banks and S&Ls
Dup: N Creditor Name: CREDCO IMS Inq Date: 1999-07-17 KOB: Miscellaneous and Public Record

Tradelines Dup: N Name: AMEX Typ: Credit Card Acct Num: 98570300 Open: 02/01/90 Rpt Dt: 11/01/93
Highline: 0 HighBal: 0 CurBal: 0 Curline: Sts Dt: Mos Rpt: Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: RUR Status: Account closed by consumer
Tradelines Dup: N Name: HARRIS CHG Typ: Credit Card Acct Num: 7010377264 Open: 05/01/90 Rpt Dt: 04/01/94
Highline: HighBal: CurBal: 0 Curline: 1500 Sts Dt: Mos Rpt: Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0

ChaseID: 182104000090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn

Pattern: + + + + MOP: RUR Status: Account closed by consumer
Tradelines Dup: N Name: BENEFICAL SV Typ: Unknown Acct Num: 341000081306 Open: 07/01/99 Rpt Dt: 09/01/99
Highline: 6187 HighBal: 6187 CurBal: 0 Curline: Sls Dt: Mos Rpt: 01 Terms: 60M Pmt: 0
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + 1 MOP: IUR Status: Closed
Tradelines Dup: N Name: FST UNION Typ: Secured Acct Num: 1066120000537476 Open: 10/01/88 Rpt Dt: 04/01/92
Highline: 7143 HighBal: 7143 CurBal: 0 Curline: 0 Sls Dt: Mos Rpt: Terms: 72X Pmt: 0
ECOA: Both spouses contractually liable Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: I01 Status: Account Closed
Tradelines Dup: N Name: MID NTL BK Typ: Real Estate Acct Num: 5500101045484401 Open: 03/01/92 Rpt Dt: 03/01/93
Highline: 21450 HighBal: 21450 CurBal: 0 Curline: Sls Dt: Mos Rpt: Terms: 180M Pmt: 0
ECOA: Undesignated account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: I01 Status:
Tradelines Dup: N Name: COMWELTH BK Typ: Real Estate Acct Num: 500108214655 Open: 04/01/88 Rpt Dt: 03/01/93
Highline: 57000 HighBal: 57000 CurBal: 0 Curline: Sls Dt: Mos Rpt: Terms: 360M Pmt: 681
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: M01 Status:
Tradelines Dup: N Name: PNC BANK Typ: Unsecured Acct Num: 1000008000148244 Open: 01/01/93 Rpt Dt: 03/01/93
Highline: 10200 HighBal: 10200 CurBal: 0 Curline: Sls Dt: Mos Rpt: Terms: 60M Pmt: 0
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: I01 Status: Closed
Tradelines Dup: N Name: CITIBK VISA Typ: Credit Card Acct Num: 412800298039 Open: 05/01/80 Rpt Dt: 03/01/84
Highline: HighBal: CurBal: 0 Curline: Sls Dt: Mos Rpt: Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: R01 Status: Account closed by consumer
Tradelines Dup: N Name: BLOOMD/FDSB Typ: Acct Num: 5618027 Open: 01/01/81 Rpt Dt: 03/01/94
Highline: 0 HighBal: 0 CurBal: 0 Curline: 1000 Sls Dt: Mos Rpt: Terms: Pmt:
ECOA: Participating account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: R01 Status:
Tradelines Dup: N Name: PIER ONE Typ: Charge Account Acct Num: 6011510122059076 Open: 05/01/93 Rpt Dt: 06/01/95
Highline: 323 HighBal: 323 CurBal: 0 Curline: 2500 Sls Dt: Mos Rpt: Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: R01 Status:

ChaseID: 182104000090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn

Tradelines Dup: N Name: FIRST UNION Typ: Line of Credit Acct Num: 10000058080 Open: 02/01/94 Rpt Dt: 02/01/97
Highline: 2494 HighBal: 2494 CurBal: Curline: 2500 Sts Dt: Mos Rpt: 30 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 11111X11111111111111111111111 MOP: C01 Status:
Tradelines Dup: N Name: ANBCC Typ: Credit Card Acct Num: 461657027026 Open: 07/01/95 Rpt Dt: 02/01/97
Highline: HighBal: CurBal: 0 Curline: 6000 Sts Dt: Mos Rpt: 10 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 111111111 MOP: R01 Status: Closed
Tradelines Dup: N Name: FCNB PRF CHG Typ: Acct Num: 3213449303 Open: 04/01/95 Rpt Dt: 08/01/97
Highline: 0 HighBal: 0 CurBal: 0 Curline: 1300 Sts Dt: Mos Rpt: 24 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 111111111111111111111111 MOP: R01 Status:
Tradelines Dup: N Name: PNC BANK Typ: Auto Acct Num: 1000000008805401 Open: 08/01/97 Rpt Dt: 12/01/97
Highline: 9446 HighBal: 9446 CurBal: 0 Curline: Sts Dt: Mos Rpt: 05 Terms: 60M Pmt: 218
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: X1111 MOP: I01 Status: Closed
Tradelines Dup: N Name: FLEET CC Typ: Credit Card Acct Num: 407129710401 Open: 02/01/96 Rpt Dt: 04/01/98
Highline: 7500 HighBal: 7500 CurBal: 0 Curline: 7500 Sts Dt: Mos Rpt: 12 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 111111111111 MOP: R01 Status: Closed
Tradelines Dup: N Name: CORESTATE BK Typ: Credit Line Sec. Acct Num: 1001847357 Open: 03/01/97 Rpt Dt: 07/01/98
Highline: 3914 HighBal: 3914 CurBal: 0 Curline: 10000 Sts Dt: Mos Rpt: 16 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 11111111XXX111 MOP: C01 Status:
Tradelines Dup: N Name: STBC/CLASSIC Typ: Credit Card Acct Num: 5442300000089256 Open: 08/01/96 Rpt Dt: 10/01/98
Highline: 5500 HighBal: 5500 CurBal: 0 Curline: 5500 Sts Dt: Mos Rpt: 12 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 111111111111 MOP: R01 Status: Account closed by consumer
Tradelines Dup: N Name: HRSI Typ: Acct Num: 2241693282003 Open: 06/01/96 Rpt Dt: 11/01/98
Highline: 740 HighBal: 740 CurBal: 0 Curline: Sts Dt: Mos Rpt: 12 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 111111111111 MOP: R01 Status:
Tradelines Dup: N Name: THE BON-TON Typ: Charge Account Acct Num: 78814191 Open: 05/01/90 Rpt Dt: 01/01/99

**ChaseID: 182104000080 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn**

Highline: 0 HighBal: 0 CurBal: 0 Curline: 600 Sts Dt: Mos Rpt: 01 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: R01 Status:
Tradelines Dup: N Name: LSCNE/3RDPTY Typ: Student Loan Acct Num: 169328200102Z Open: 09/01/98 Rpt Dt: 02/01/99
Highline: 2000 HighBal: 2000 CurBal: 0 Curline: Sts Dt: Mos Rpt: 06 Terms: Pmt: 51
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: X1XX11 MOP: I01 Status: Closed
Tradelines Dup: N Name: ANNIE SEZ Typ: Charge Account Acct Num: 300033867524 Open: 11/01/94 Rpt Dt: 03/01/99
Highline: 750 HighBal: 750 CurBal: 0 Curline: 800 Sts Dt: Mos Rpt: 01 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: R01 Status:
Tradelines Dup: N Name: MANDEES Typ: Charge Account Acct Num: 100013083605 Open: 05/01/93 Rpt Dt: 03/01/99
Highline: 200 HighBal: 200 CurBal: 0 Curline: 200 Sts Dt: Mos Rpt: Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: + + + + MOP: R01 Status:
Tradelines Dup: N Name: COMWELTH BK Typ: Conv. RE Mtg. Acct Num: 500104012801 Open: 03/01/93 Rpt Dt: 06/01/99
Highline: 90000 HighBal: 90000 CurBal: 0 Curline: Sts Dt: Mos Rpt: 48 Terms: 30M Pmt: 0
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: X1111111111111111111111111XX11111111X1X11 MOP: M01 Status: Closed
Tradelines Dup: N Name: HRS/HLTHCARE Typ: Charge Account Acct Num: 7001013000 Open: 07/01/98 Rpt Dt: 06/01/99
Highline: 300 HighBal: 300 CurBal: 0 Curline: 1600 Sts Dt: Mos Rpt: 12 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 111111111111 MOP: R01 Status:
Tradelines Dup: N Name: FUNB IL PA Typ: RE Mtg. Acct Num: 8600312307 Open: 12/01/97 Rpt Dt: 07/01/99
Highline: 15200 HighBal: 15200 CurBal: 0 Curline: Sts Dt: Mos Rpt: 18 Terms: 60M Pmt: 303
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: X1111111X11111111 MOP: I01 Status: Closed
Tradelines Dup: N Name: HOMESHP/MBGA Typ: Acct Num: 88600458433 Open: 05/01/97 Rpt Dt: 10/01/99
Highline: 1746 HighBal: 1746 CurBal: 0 Curline: 2700 Sts Dt: Mos Rpt: 26 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 11111111111111111111111111 MOP: R01 Status:
Tradelines Dup: N Name: HRSI Typ: Charge Account Acct Num: 41693282003 Open: 08/01/96 Rpt Dt: 09/01/00
Highline: 740 HighBal: 740 CurBal: 0 Curline: Sts Dt: Mos Rpt: 24 Terms: Pmt:

**ChaseID: 182104000090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn**

ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 111111111111111111111111 MOP: R01 Status: Account closed by consumer
Tradelines Dup: N Name: UNVL BK NA Typ: Credit Card Acct Num: 549113002056 Open: 01/01/00 Rpt Dt: 12/01/00
Highline: HighBal: CurBal: 0 Curline: 5000 Sts Dt: Mos Rpt: 10 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1111XXX1X1 MOP: R01 Status: Account closed by consumer
Tradelines Dup: N Name: FIRST UNION Typ: Credit Card Acct Num: 432924301312 Open: 03/01/01 Rpt Dt: 04/01/01
Highline: 0 HighBal: 0 CurBal: 0 Curline: 10000 Sts Dt: Mos Rpt: 23 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1+ + + + MOP: R01 Status:
Tradelines Dup: N Name: WILLOW FEDRL Typ: Unsecured Acct Num: 6500161033462 Open: 09/01/99 Rpt Dt: 04/01/01
Highline: 6200 HighBal: 6200 CurBal: 2272 Curline: Sts Dt: Mos Rpt: 19 Terms: 60M Pmt: 122
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1111111111111111 MOP: I01 Status:
Tradelines Dup: N Name: CENTRAL LOAN Typ: Conv. RE Mtg. Acct Num: 3000003951308 Open: 05/01/99 Rpt Dt: 04/01/01
Highline: 55000 HighBal: 55000 CurBal: 0 Curline: Sts Dt: Mos Rpt: 21 Terms: 240M Pmt: 569
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: X1111X1111111111111111 MOP: M01 Status: Transfered to another lender
Tradelines Dup: N Name: HRS/BEST BUY Typ: Charge Account Acct Num: 7001180001 Open: 09/01/97 Rpt Dt: 04/01/01
Highline: 800 HighBal: 800 CurBal: 64 Curline: 3000 Sts Dt: Mos Rpt: 48 Terms: Pmt: 10
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1111111111111111111111111111XXXXXXXXXXX11111111 MOP: R01 Status:
Tradelines Dup: N Name: FIRST UNION Typ: Credit Card Acct Num: 554291201225 Open: 03/01/97 Rpt Dt: 04/01/01
Highline: 21 HighBal: 21 CurBal: 0 Curline: 6000 Sts Dt: Mos Rpt: 38 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1111111111111111111111111111111111111 MOP: R01 Status: Account closed by consumer
Tradelines Dup: N Name: CHRYS FIN CP Typ: Auto Acct Num: 1011109979 Open: 04/01/01 Rpt Dt: 05/01/01
Highline: 21065 HighBal: 21065 CurBal: 21137 Curline: Sts Dt: Mos Rpt: 02 Terms: 60M Pmt: 387
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 11 MOP: I01 Status:
Tradelines Dup: N Name: FIRST UNION Typ: Line of Credit Acct Num: 436108221085 Open: 02/01/94 Rpt Dt: 05/01/01
Highline: 0 HighBal: 0 CurBal: 0 Curline: Sts Dt: Mos Rpt: 23 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0

**ChaseID: 182104000090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn**

Pattern: 111111111111111111111111 MOP: C01 Status: Account closed by consumer
Tradelines Dup: N Name: JCP--MCCBG Typ: Charge Account Acct Num: 714022928 Open: 12/01/80 Rpt Dt: 05/01/01
Highline: 115 HighBal: 115 CurBal: 0 Curline: 600 Sts Dt: Mos Rpt: 48 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1111111111111111111111111111111111XXXXXXXXX111XX11 MOP: R01 Status:
Tradelines Dup: N Name: CHASE NA Typ: Credit Card Acct Num: 4029360010 Open: 04/01/98 Rpt Dt: 05/01/01
Highline: 6574 HighBal: 6574 CurBal: 0 Curline: 10500 Sts Dt: Mos Rpt: 48 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 111111111111111111111111111111111111111111111111111 MOP: R01 Status:
Tradelines Dup: N Name: PEOPLES BANK Typ: Credit Card Acct Num: 554514010430 Open: 01/01/01 Rpt Dt: 06/01/01
Highline: 5632 HighBal: 5632 CurBal: 4970 Curline: 10000 Sts Dt: Mos Rpt: 27 Terms: Pmt: 149
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1111 MOP: R01 Status:
Tradelines Dup: N Name: EXNMBLE/MBGA Typ: Charge Account Acct Num: 89865965860 Open: 04/01/91 Rpt Dt: 06/01/01
Highline: 158 HighBal: 158 CurBal: 71 Curline: 1300 Sts Dt: Mos Rpt: 18 Terms: Pmt: 10
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1111111111111111 MOP: R01 Status:
Tradelines Dup: N Name: FIRST UNION Typ: HE Loan Acct Num: 438654221087 Open: 09/01/99 Rpt Dt: 06/01/01
Highline: 1244 HighBal: 1244 CurBal: 0 Curline: 20000 Sts Dt: Mos Rpt: 32 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 11111111111111 MOP: C01 Status:
Tradelines Dup: N Name: FIRST UNION Typ: HE Loan Acct Num: 438654221036 Open: 03/01/97 Rpt Dt: 06/01/01
Highline: 4464 HighBal: 4464 CurBal: 0 Curline: 10000 Sts Dt: Mos Rpt: 26 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1111111111111111111111111111 MOP: C01 Status: Account closed by consumer
Tradelines Dup: N Name: KOHLS DEP ST Typ: Credit Card Acct Num: 27853428352 Open: 09/01/98 Rpt Dt: 06/01/01
Highline: 160 HighBal: 160 CurBal: 0 Curline: 1000 Sts Dt: Mos Rpt: 43 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 111111111111111111111111111111111111111111111111 MOP: R01 Status:
Tradelines Dup: N Name: PRO BANCRP Typ: Credit Card Acct Num: 2857233370 Open: 08/01/97 Rpt Dt: 09/01/01
Highline: 0 HighBal: 0 CurBal: 0 Curline: 5000 Sts Dt: Mos Rpt: 45 Terms: Pmt:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 111111111111111111111111111111111111111111111111 MOP: R01 Status: Account closed by consumer

**ChaseID: 192104060090 FName: GRACE M LName: LAWERENCE Acct: Decision: Withdrawn**

Tradelines Dup: N Name: STRAWBRIDGES Typ: Charge Account Acct Num: 300742606 Open: 01/01/87 Rpt Dt: 06/01/01
Highline: 800 HighBal: 800 CurBal: 0 Curline: Sls Dt: Mos Rpt: 48 Terms: Pml:
ECOA: Both spouses contractually liable Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1111XX11XXX111111111X1XX1111111X111X1111XX11111 MOP: R01 Status:

Tradelines Dup: N Name: STRAWBRIDGES Typ: Charge Account Acct Num: 140227121 Open: 04/01/76 Rpt Dt: 06/01/01
Highline: 760 HighBal: 760 CurBal: 0 Curline: Sls Dt: Mos Rpt: 01 Terms: Pml:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1 MOP: R01 Status:

Tradelines Dup: N Name: SEARS Typ: Credit Card Acct Num: 5121071754660088 Open: 08/01/90 Rpt Dt: 06/01/01
Highline: 456 HighBal: 456 CurBal: 0 Curline: 3800 Sls Dt: Mos Rpt: 48 Terms: Pml:
ECOA: Individual account Past: 0 Max Del: Max: 30/60/90: 0/0/0
Pattern: 1111111111111111111111XXXXX111111111111111111 MOP: R01 Status: Account closed by consumer