1    IN THE UNITED STATES DISTRICT COURT

2  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3              -   -   -

4  GRACE LAWRENCE                :CIVIL ACTION

5        - vs - ORIGINAL         :

6  TRANS UNION LLC               :

7  CITY OF PHILADELPHIA          :NO. 02-CV-4440

8              -   -   -

9         Oral deposition of GRACE LAWRENCE,

10  taken pursuant to notice, held at the

11  offices of SATZBERG, TRICHON, KOGAN &

12  WERTHHEIMER, P.C., 1818 Market Street, 30th

13  Floor, Philadelphia, Pennsylvania, on

14  Thursday, May 8, 2003, beginning at

15  approximately 11:10 a.m., before Jen

16  Marchesani, a Certified Professional

17  Reporter and a Commissioner of the

18  Commonwealth of Pennsylvania.

19              -   -   -

20         KAPLAN, LEAMAN AND WOLFE

21        The Bourse Building, Suite 970

22       111 South Independence Mall East

23       Philadelphia, Pennsylvania 19106

24              (215) 922-7112

GRACE LAWRENCE

19

1   held off the record.)

2              (At this time, Bruce Luckman

3   entered the deposition.)

4   BY MR. CREECH:

5   Q.         Do you recall whether there was a

6   time that Trans Union told you that the

7   information was off of your file and then

8   didn't tell you that the information was

9   put back on your file?

10  A.         I believe every time that I

11  submitted a request to have this removed,

12  they did send me a letter saying they would

13  investigate and they got back to me and

14  said that they did and the information was

15  confirmed as being correct.  That's what I

16  remember.

17  Q.         Do you think that there was a

18  time in which you thought the information

19  wasn't on your file and Trans Union told

20  you it wasn't on your file when, in fact,

21  it was there, or do you think that when the

22  information was put on your file or

23  verified to remain on your file that they

24  made you aware of that fact?

GRACE LAWRENCE

28

1    the three years later when you requested a

2    copy of your file or received a copy of

3    your file?

4    A.        It's possible that I applied for

5    a car loan.  It's possible that I

6    refinanced my house.  I'd have to really go

7    back and look.  I can't say for sure.  I

8    mean, they requested information of course

9    from the credit bureau.  If you're applying

10   for any kind of financing generally they

11   ask for a credit report.

12   Q.        If you take a look at page 2 of

13   Exhibit 9, the second account, the third

14   account down there, Universal Bank appears

15   to have been opened in January of 2000,

16   credit card with a $5,000 limit.

17           Do you remember opening a credit

18   card with the terms that we see here on P-9

19   with Universal Bank in January of 2000?

20   A.        Not really.

21   Q.        Do you remember having a problem

22   opening the credit card with anyone in or

23   around January of 2000?

24   A.        I know I had a problem with Chase

GRACE LAWRENCE

32

1  A.           Yes, I do.

2  Q.           That was in May of '99?

3  A.           When I applied for the mortgage,

4  whenever that was.

5  Q.           Did the terms you get, were they

6  in any way affected by the judgment to your

7  knowledge?

8  A.           Not to my knowledge.

9  Q.           Going down to page 3, the fourth

10 item down, you see the First Union home

11 equity loan line of credit account there?

12 A.           Uh-huh.

13 Q.           Did you have a First Union line

14 of credit account?

15 A.           I believe so.

16 Q.           Does anything about that First

17 Union entry on page 3 of Exhibit 9 appear

18 to be inaccurate?

19 A.           Not that I can tell, but I mean,

20 I suppose I used the credit line to buy

21 something.  I'm not sure what that was,

22 therefore I guess it seems accurate.

23 Q.           Did you have any trouble opening

24 that loan because of the judgment to your

GRACE LAWRENCE

57

1  from Trans Union acknowledging receipt of a

2  dispute in August of '97, that was in P-2,

3  and we saw a letter that you wrote in

4  December of '97, that was P-5, which Trans

5  Union acknowledged receiving in P-6, and we

6  see P-10, the February 2001 letter.

7           Other than those three

8  communications from yourself to Trans Union

9  disputing this judgment, do you recall

10 having any other contact with Trans Union

11 to dispute this judgment prior to the

12 commencement of this lawsuit against Trans

13 Union?

14          MR. SOUMILAS:  Do you understand

15 that question?

16          THE WITNESS:  Did I contact?

17 BY MR. CREECH:

18 Q.          Trans Union to dispute the

19 judgment other than the three

20 communications that we have reviewed?

21 A.          Let me get this straight.  Were

22 there any more communications, is that what

23 you're asking me?

24 Q.          Yes, dispute communications from

GRACE LAWRENCE

58

1   you to Trans Union about the judgment other

2   than the three that we have discussed thus

3   far?

4   A.         How many do you need?

5   Q.         It's just a question.  If the

6   answer is none --

7   A.         I suppose these are the only

8   three.  I would have to go home and really

9   look through.  I have a file like this, you

10  know.  I don't know.

11  Q.         Did you give all of the file that

12  you have to your attorneys relating to this

13  matter?

14  A.         I believe I did.

15  Q.         Do you believe that there's

16  anything that you did not give your

17  attorneys that relates to this matter?

18  A.         If I did not, it was an error.  I

19  meant to give -- I believe I gave them

20  everything that I have copies of.

21  Q.         I'll ask that if you could look

22  again and if there's anything else that you

23  haven't given your attorneys to give it to

24  them.

GRACE LAWRENCE

64

1   judgment that you can recall?

2   A.          Not to my knowledge, like I said.

3               MR. CREECH:   P-11.

4               (At this time, P-11 was marked

5   for identification.)

6   BY MR. CREECH:

7   Q.          P-11 is a March 26, 2001 Trans

8   Union Consumer File Disclosure of Grace

9   Lawrence showing the investigation results

10  of the civil judgment dispute.

11              Do you recall receiving P-11?

12  A.          I suppose I do.  It's part of my

13  file; am I right?

14              MR. SOUMILAS:  Don't suppose you

15  do.

16  BY MR. CREECH:

17  Q.          You can have documents on

18  something and you can remember an event.

19  And my question is --

20  A.          No, I don't remember receiving

21  it.

22  Q.          Do you remember seeing the

23  results of your dispute in February of

24  2001?  Do you remember that independent of

GRACE LAWRENCE

69

1  that time period?

2  A.        I do believe -- I don't know when

3  I was turned down by Chase Bank for a

4  credit card.  I don't know when that was.

5  Q.        Other than the turn down of Chase

6  and it being in the back of your mind that

7  it's there, is there any other way that it

8  affected you in that time period?

9  A.        That's the last two years, is

10  that what you're saying?

11  Q.        You're aware it's not on your

12  file now, correct?

13  A.        Yes, I am.

14  Q.        So, during the time that it was

15  on your file?

16  A.        The whole time?

17  Q.        We discussed previously between

18  January of '98 and January of 2001.  So,

19  now I'm asking that question from between

20  January of 2001 and when the judgment was

21  taken off of your file.

22        MR. SOUMILAS:  Which for the

23  record was some time after the lawsuit.  I

24  think initially you had bracketed the time

GRACE LAWRENCE

70

1  as P-11 through the commencement of the

2  lawsuit.  The last two years roughly.

3           THE WITNESS:  I suppose the last

4  two years were probably the least of my

5  upsets.  But as I mentioned, any time I

6  would go to apply for any kind of credit, I

7  was always -- it's in the back of my mind.

8  It's a worry.  A worry that I don't need.

9  If you want to say a slander against my

10  name.  Prior to the last year or so there

11  was a lot of upsetment with it because it

12  involved my daughter and our family and her

13  education.

14  BY MR. CREECH:

15  Q.         That was the student loan in '97,

16  right?

17  A.         Yes.  We were down to the wire

18  with time and we really had to -- it caused

19  a lot of upsetment in my family.  It was

20  her and myself and, you know, nobody there

21  to help us out.  And then we have this and

22  it was just a lot of stress and aggravation

23  to us.

24           MR. SOUMILAS:  Just focus on his

GRACE LAWRENCE

95

1    around because I know it adds onto what

2    your debt ratio is, so I close it out.

3    Q.        It appears that you had at least

4    $4,400 in available credit on that card at

5    the time you applied for the credit card

6    with Chase in August of 2001.

7              Did you have available credit to

8    use when you applied for the card with

9    Chase?

10   A.        From Peoples?

11   Q.        Did you have any credit available

12   for use when you applied -- in looking at

13   P-13, did you have any credit available for

14   use available when you applied for Chase?

15             MR. SOUMILAS: Available for use

16   through other accounts, you're saying?

17             MR. CREECH: Yes.

18             THE WITNESS: I suppose.

19   BY MR. CREECH:

20   Q.        How did being denied the credit

21   with Chase affect you?

22   A.        I think it's more that I was

23   rejected because of my credit report more

24   than anything else.