*Trans Union Credit Bureau*
*PO Box 1000*
*Chexter, PA 19022*

*2/18/01*

FEB 2 1 2001

*Grace M. Lawrence*
*484 Redbud Ct.*
*Warrington, PA 18976*

*Former address: 2141 Blackhorse Dr.*
*Warrington, PA 18976*

*Phone #: 215-343-4293*

*To Whom it may concern:*

*    I am writing to you to dispute an item on my credit report*
*I recently received from you. Report # 01026768-001 .*
*Enclosed is a copy of the court disposition in question.*
*Please investigate my dispute and respond.*
*    Thank you.*

*Sincerely,*

*Grace M. Lawrence*

*Additional info:*
*Employer: Lower Bucks Hosp.*
*S/S #   : 169-32-82001*
*BOB     : 2/5/1942*

G137 MCV1   96-06-11-10800.SC 018 DISPOSED          SC TYPE OTHER
ISSUE AMT.   FEE    INCIDENT              00-FILEDM.V.  ---- NEXT HEARING ----
  5995.00    33    03/01/95

******* PLAINTIFF INFORMATION *******  °  ******* DEFENDANT INFORMATION ******
  FRONEER S/B FROMHER THOMAS            °    LAWRENCE       GRACE
  317 WHARTON ST.                       °    2141 BLACKBERNA DR.
  PHILA.     PA  19147                  °    WARRINGTON PA  18976
                                        °
                                        °

                C O U R T   A C T I V I T Y
COUNTER CLAIM  FILED 07/19/96  LAWRENCE        GRACE        INTV.CD. 021
               AMT.  2951.71      48

HEARING #01 07/31/96 4D   JUDG 414 SCHWARTZ        DISP 82-WTHDRN W/O PREJ


HEARING #02 07/31/96 00   JUDG 414 SCHWARTZ        DISP 71-JUDG FOR DEF/CNT
        FINE+COST  2951.00      JUDG FOR DF   2951.00


*** PRESS ENTER FOR CONTINUED COURT ACTIVITY      P/N
B MY JOB                          LU #37

                C O U R T   A C T I V I T Y              PAGE 0
HEARING #03 07/31/96 00   JUDG 414 SCHWARTZ        DISP 99-UNUS EVT;SEE TRNS

PEAL                      FILED 08/28/96 CP COURT # 9608-02817










*** PRESS ENTER FOR PAGE 1 INFORMATION      P/1
B MY JOB                          LU #37



Trans Union Credit Bureau
P.O. Box 1000
Chester, PA. 19022

13022+2001

