IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE LAWRENCE | | |
| | Plaintiff, | C.A. NO: 02-CV-4440 |
| v. | | |
| TRANS UNION LLC<br>CITY OF PHILADELPHIA | | |
| | Defendant. | |

## CERTIFICATE OF SERVICE

Timothy P. Creech, Esq., hereby certifies that he caused a true and correct copy of the foregoing Motion for Summary Judgment, Memorandum of Law In Support Thereof, and Exhibits thereto to be sent *via* Hand Delivery, on this date, to the following:

James A. Francis, Esq.
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
Philadelphia, PA 19110
(215) 735-8600; Fax: (215) 940-8000

*counsel for Plaintiff*

 

                                                                          TIMOTHY P. CREECH

DATED:    June 16, 2003