UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRACE LAWRENCE** )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>**TRANS UNION, LLC** )<br>)<br>and )<br>)<br>**CITY OF PHILADELPHIA** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 02-CV-4440** |

## ORDER

AND NOW, this ____ day of _____, 2003, upon consideration of Trans Union, LLC's Motion for Summary Judgment, and Plaintiff's Opposition thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

_____
Brody                                      J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>TRANS UNION, LLC )<br>)<br>and )<br>)<br>CITY OF PHILADELPHIA )<br>)<br>Defendants. )<br>) | Civil Action No. 02-CV-4440 |

**PLAINTIFF GRACE LAWRENCE'S OPPOSITION TO
DEFENDANT TRANS UNION, LLC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Grace Lawrence, through her undersigned counsel, hereby opposes Defendant Trans Union, LLC's Motion for Summary Judgment. For the reasons set forth more fully in the accompanying Memorandum of Law, incorporated by reference herein, Trans Union, LLC's Motion should be denied.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

BY: _____

JAMES A. FRANCIS, ESQUIRE
MARK D. MAILMAN, ESQUIRE
JOHN SOUMILAS, ESQUIRE
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Dated: July 10, 2003        Attorneys for Plaintiff