IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE<br><br>                    Plaintiff,<br>   v.<br><br>TRANS UNION LLC<br>CITY OF PHILADELPHIA<br>                    Defendant. | C.A. NO: 02-CV-4440 |

## ORDER

AND NOW, THIS _____ day of _____, 2003, for good cause shown, Defendant Trans Union LLC's motion for extension of time to file Reply to Opposition to Summary Judgment is GRANTED.  Trans Union shall file its Reply on or before August 6, 2003.

SO ORDERED,

_____
ANITA B. BRODY, U.S.D.J.