IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE<br><br>                       Plaintiff,<br>v.<br><br>TRANS UNION LLC<br>CITY OF PHILADELPHIA<br>                       Defendant. | C.A. NO: 02-CV-4440 |

## UNOPPOSED MOTION TO SUBSTITUTE FILING

Trans Union LLC ("Trans Union"), by and through its undersigned attorneys, moves to substitute the brief filed in Reply to Plaintiff's Opposition to Trans Union's Motion for Summary Judgment (Docket #29). Attached is a true and correct copy of the memorandum. Counsel erroneously converted an early draft of this motion to PDF for filing with this Court. The correct brief is attached hereto. A true and correct courtesy copy of the correct brief was sent to Judge Brody on this date. Counsel for Trans Union has conferred with counsel for Plaintiff, and Plaintiff does not object to this request.

WHEREFORE, Defendant Trans Union LLC respectfully moves this Court to Strike the brief filed at docket #29 and substitute the annexed, correct, Reply to Plaintiff's Opposition to Trans Union's Motion for Summary Judgment.

        Respectfully Submitted,

        SATZBERG, TRICHON,
          KOGAN & WERTHEIMER, P.C.


        _____
        MARK E. KOGAN       (10186)
        BRUCE S. LUCKMAN  (38636)
        TIMOTHY P. CREECH  (81728)

        1818 Market St., 30th Floor
        Philadelphia, PA 19103
        (215) 575-7600; Fax: (215) 575-7688

        *Counsel for Defendant,*
        *Trans Union LLC*

DATED:    August 8, 2003