**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GRACE LAWRENCE<br><br>                         Plaintiff,<br>     v.<br><br>TRANS UNION LLC<br>CITY OF PHILADELPHIA<br>                         Defendant. | C.A. NO: 02-CV-4440 |

## ORDER SUBSTITUTING FILING

For good cause, and without objection from Plaintiff, it is hereby ORDERED that the brief, filed at Docket #29, is hereby STRICKEN and SUBSTITUTED with the brief filed as Exhibit "A" to Trans Union's Motion to Substitute Filing. The attachments to the brief filed at Docket #29 shall remain part of the record.

SO ORDERED, this _____ day of _____, 2003

_____
ANITA B. BRODY, J.