IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRACE LAWRENCE

                Plaintiff,        C.A. NO: 02-CV-4440

v.

TRANS UNION LLC
CITY OF PHILADELPHIA
                Defendant.

## CERTIFICATE OF SERVICE

    Timothy P. Creech, Esq., hereby certifies that he caused a true and correct copy of the foregoing Motion to Substitute Filing and Proposed Order to be sent *via* ECF, on this date, to the following:

James A. Francis, Esq.
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
Philadelphia, PA 19110
(215) 735-8600; Fax: (215) 940-8000

*counsel for Plaintiff*

                                                      /s/ Timothy P. Creech
                                                      TIMOTHY P. CREECH

DATED:    August 8, 2003

# SATZBERG, TRICHON, KOGAN & WERTHEIMER, P.C.
### ATTORNEYS AT LAW

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

(215) 575-7600

NEW JERSEY OFFICE
———
CHERRY HILL

TIMOTHY P. CREECH
Direct Dial: (215) 575-7622
Facsimile: (215) 575-7688
e-mail: bluckman@mstkw.com

August 8, 2003

**Via FedEx**

Honorable Anita B. Brody
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
 EASTERN DISTRICT OF PENNSYLVANIA
2609 U.S. Courthouse
Independence Mall West
601 Market St.
Philadelphia, PA 19106-1797
(215) 597-7704

RE: **Grace Lawrence v. Trans Union LLC**
 **E.D. PA No: 02-CV-4440**

Dear Judge Brody:

Trans Union has filed its Reply to Plaintiff's Opposition to Trans Union's Motion for Summary Judgment on this date, and sent two courtesy copies to you. However, due to a mistake in converting the document to PDF for ECF filing, an early draft of this motion was filed instead of the brief sent to you. Trans Union respectfully requests an order striking this brief from the record and substituting the correct brief. I have conferred with counsel for Plaintiff, and Plaintiff does not object.

Enclosed is a motion and proposed Order. Thank you for your consideration.

Respectfully,

SATZBERG, TRICHON,
KOGAN & WERTHEIMER, P.C.

TIMOTHY P. CREECH

Enclosure

cc: James A. Francis, Esq. (via ECF w/ enc.)