**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GRACE LAWRENCE**                )<br>                                                        )<br>           **Plaintiff,**                   )<br>   vs.                                             )<br>                                                        )<br>**TRANS UNION, LLC**               )<br>                                                        )<br>      and                                        )<br>                                                        )<br>**CITY OF PHILADELPHIA**      )<br>                                                        )<br>           **Defendants.**             )<br>                                                        ) | **Civil Action No. 02-CV-4440** |

## ORDER

AND NOW, this       day of                  2003, upon consideration of Plaintiff Grace Lawrence's Motion for Leave to File a Sur-Reply Memorandum in response to Defendant Trans Union, LLC's Reply is Further Support of Its Motion for Summary Judgment, it is hereby ORDERED that the Motion is GRANTED.  Plaintiff's Sur-Reply Memorandum of Law, attached as Exhibit A to his Motion, is deemed filed of record.

                                                                          _____
                                                                          Brody,                                        J.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GRACE LAWRENCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>TRANS UNION, LLC )<br>)<br>and )<br>)<br>CITY OF PHILADELPHIA )<br>)<br>Defendants. )<br>) | Civil Action No. 02-CV-4440 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT TRANS UNION, LLC'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Grace Lawrence, through undersigned counsel, hereby moves this Court for leave to allow her to file the attached Sur-Reply Memorandum of Law in response to Defendant Trans Union, LLC's ("TU") Reply in Further Support of Its Motion for Summary Judgment in the above matter. Good cause exists for the filing of this attached Sur-Reply as Trans Union inappropriately raised new facts in its Reply, including new third party declarations from Superior Information Services. Since these facts were not raised initially, Plaintiff was deprived of an opportunity to respond. Additionally, TU's Reply discusses recently-issued authority from the Eastern District of Pennsylvania, which Plaintiff has not had the opportunity to brief because it was not yet published at the time of Plaintiff's Opposition. A copy of the proposed Sur-Reply Memorandum is attached hereto as Exhibit A. For the above reasons, as well as the reasons set

forth in Exhibit A, Plaintiff should be permitted to have her Sur-Reply Memorandum deemed filed of record.

          **Respectfully submitted,**

          **FRANCIS & MAILMAN, P.C.**

BY: _____
      JAMES A. FRANCIS, ESQUIRE
      MARK D. MAILMAN, ESQUIRE
      JOHN SOUMILAS, ESQUIRE
      Land Title Building, 19th Floor
      100 South Broad Street
      Philadelphia, PA  19110
      (215) 735-8600

Dated: August 21, 2003