IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRACE LAWRENCE

                Plaintiff,      C.A. NO: 02-CV-4440

v.

TRANS UNION LLC
CITY OF PHILADELPHIA
                Defendant.

### CERTIFICATE OF SERVICE

Bruce S. Luckman, Esq., hereby certifies that he caused a true and correct copy of the foregoing Sur-Sur-Reply to Plaintiff's Sur-Reply to Trans Union's Reply to Plaintiff's Opposition to Trans Union's Motion for Summary Judgment to be sent *via* ECF, on this date, to the following:

James A. Francis, Esq.
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
Philadelphia, PA 19110
(215) 735-8600; Fax: (215) 940-8000

*counsel for Plaintiff*

                                                            BRUCE S. LUCKMAN

DATED:    September 3, 2003

# SATZBERG, TRICHON, KOGAN & WERTHEIMER, P.C.
ATTORNEYS AT LAW

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

(215) 575-7600

NEW JERSEY OFFICE

CHERRY HILL

BRUCE S. LUCKMAN
Direct Dial: (215) 575-7622
Facsimile: (215) 575-7688
e-mail: bluckman@mstkw.com

September 3, 2003

**Via FedEx**

Honorable Anita B. Brody
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
 EASTERN DISTRICT OF PENNSYLVANIA
2609 U.S. Courthouse
Independence Mall West
601 Market St.
Philadelphia, PA 19106-1797
(215) 597-7704

    RE:    **Grace Lawrence v. Trans Union LLC**
             **E.D. PA No: 02-CV-4440**

Dear Judge Brody:

    Enclosed please find two courtesy copies of Trans Union's Sur-Sur-Reply to Plaintiff's Sur-Reply to Trans Union's Reply to Plaintiff's Opposition to Trans Union's Motion for Summary Judgment, which was electronically filed on this date.

    Thank you for your consideration.

                                                    Respectfully,

                                                    SATZBERG, TRICHON,
                                                      KOGAN & WERTHEIMER, P.C.

                                                      BRUCE S. LUCKMAN

Enclosure

    cc:    James A. Francis, Esq. (via ECF w/enc.)