## CERTIFICATE OF SERVICE

I, James A. Francis, hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served by way of U.S. mail, first-class and postage pre-paid, upon the following individuals:

> Timothy P. Creech, Esquire
> Satzberg, Trichon, Kogan
> & Wertheimer, P.C.
> 1818 Market Street, 30th Floor
> Philadelphia, PA 19103

> **FRANCIS & MAILMAN, P.C.**
>
> BY: _____
> JAMES A. FRANCIS, ESQUIRE
> MARK D. MAILMAN, ESQUIRE
> JOHN SOUMILAS, ESQUIRE
> Attorneys for Plaintiff
> Land Title Building, 19th Floor
> 100 South Broad Street
> Philadelphia, PA 19110
> (215) 735-8600

Dated: September 17, 2003