IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRACE LAWRENCE

       Plaintiff,   C.A. NO: 02-CV-4440

v.

TRANS UNION LLC
CITY OF PHILADELPHIA
       Defendant.

## CERTIFICATE OF SERVICE

  Bruce S. Luckman, Esq., hereby certifies that he caused a true and correct copy of the foregoing Trans Union's Opposition to Plaintiff's Notice of Supplemental Authority to be sent *via* ECF, on this date, to the following:

James A. Francis, Esq.
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
Philadelphia, PA 19110
(215) 735-8600; Fax: (215) 940-8000

*counsel for Plaintiff*

                   _____
                   BRUCE S. LUCKMAN

DATED:  September 30, 2003

# SATZBERG, TRICHON, KOGAN & WERTHEIMER, P.C.
### ATTORNEYS AT LAW

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

(215) 575-7600

NEW JERSEY OFFICE

CHERRY HILL

**BRUCE S. LUCKMAN**
Direct Dial: (215) 575-7622
Facsimile: (215) 575-7688
e-mail: bluckman@mstkw.com

September 30, 2003

**Via FedEx**

Honorable Anita B. Brody
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
 EASTERN DISTRICT OF PENNSYLVANIA
2609 U.S. Courthouse
Independence Mall West
601 Market St.
Philadelphia, PA 19106-1797
(215) 597-7704

   RE:   **Grace Lawrence v. Trans Union LLC**
         **E.D. PA No: 02-CV-4440**

Dear Judge Brody:

   Enclosed please find two courtesy copies Trans Union's Opposition to Plaintiff's Notice of Supplemental Authority, which was electronically filed on this date.

   Thank you for your consideration.

                                      Respectfully,

                                      SATZBERG, TRICHON,
                                        KOGAN & WERTHEIMER, P.C.

                                      BRUCE S. LUCKMAN

Enclosure

cc:   James A. Francis, Esq. (via ECF w/enc.)