IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRACE LAWRENCE

                        Plaintiff,        C.A. NO: 02-CV-4440

v.

TRANS UNION LLC
CITY OF PHILADELPHIA
                        Defendant.

## CERTIFICATE OF SERVICE

Timothy P. Creech, Esq., hereby certifies that he caused a true and correct copy of the foregoing Trans Union's Supplement to Summary Judgment Record to be sent *via* ECF, on this date, to the following:

James A. Francis, Esq.
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
Philadelphia, PA 19110
(215) 735-8600; Fax: (215) 940-8000

*counsel for Plaintiff*

                                                      TIMOTHY P. CREECH

DATED:    October 29, 2003

# SATZBERG, TRICHON, KOGAN & WERTHEIMER, P.C.
ATTORNEYS AT LAW

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

(215) 575-7600

NEW JERSEY OFFICE

CHERRY HILL

BRUCE S. LUCKMAN
Direct Dial:    (215) 575-7622
Facsimile:     (215) 575-7688
e-mail: bluckman@mstkw.com

October 29, 2003

**Via FedEx**

Honorable Anita B. Brody
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
 EASTERN DISTRICT OF PENNSYLVANIA
2609 U.S. Courthouse
Independence Mall West
601 Market St.
Philadelphia, PA 19106-1797
(215) 597-7704

    RE:   **Grace Lawrence v. Trans Union LLC**
            **E.D. PA No: 02-CV-4440**

Dear Judge Brody:

    Enclosed please find two courtesy copies Trans Union's Supplement to Summary Judgment Record, which was electronically filed on this date.

    Thank you for your consideration.

    Respectfully,

    SATZBERG, TRICHON,
     KOGAN & WERTHEIMER, P.C.

    BRUCE S. LUCKMAN

Enclosure

cc:   James A. Francis, Esq. (via ECF w/enc.)