IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

GRACE LAWRENCE

                     Plaintiff,        C.A. NO: 02-CV-4440

    v.

TRANS UNION LLC
CITY OF PHILADELPHIA
                      Defendant.

---

## CERTIFICATE OF SERVICE

       Timothy P. Creech, Esq., hereby certifies that he caused a true and correct copy of the

foregoing Trans Union's Motion to Supplement Summary Judgment Record to be sent *via* ECF, on

this date, to the following:

James A. Francis, Esq.
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
Philadelphia, PA 19110
(215) 735-8600; Fax: (215) 940-8000

*counsel for Plaintiff*

                                          _____
                                  TIMOTHY P. CREECH

DATED:      October 29, 2003

# SATZBERG, TRICHON, KOGAN & WERTHEIMER, P.C.
### ATTORNEYS AT LAW

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

(215) 575-7600

NEW JERSEY OFFICE

CHERRY HILL

BRUCE S. LUCKMAN
Direct Dial:    (215) 575-7622
Facsimile:    (215) 575-7688
e-mail: bluckman@mstkw.com

October 29, 2003

**Via FedEx**

Honorable Anita B. Brody
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
 EASTERN DISTRICT OF PENNSYLVANIA
2609 U.S. Courthouse
Independence Mall West
601 Market St.
Philadelphia, PA 19106-1797
(215) 597-7704

> **RE:    Grace Lawrence v. Trans Union LLC**
> **E.D. PA No: 02-CV-4440**

Dear Judge Brody:

Enclosed please find two courtesy copies Trans Union's Motion to Supplement Summary Judgment Record, which was electronically filed on this date. The proposed supplement was filed by ECF and sent to you earlier today.

Thank you for your consideration.

Respectfully,

SATZBERG, TRICHON,
 KOGAN & WERTHEIMER, P.C.

BRUCE S. LUCKMAN

Enclosure

cc:    James A. Francis, Esq. (via ECF w/enc.)