## CERTIFICATE OF SERVICE

I, James A. Francis, hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served by way of hand delivery, upon the following individual:

> Timothy P. Creech, Esquire
> Satzberg, Trichon, Kogan
> & Wertheimer, P.C.
> 1818 Market Street, 30th Floor
> Philadelphia, PA 19103

**FRANCIS & MAILMAN, P.C.**

_____
JAMES A. FRANCIS, ESQUIRE
MARK D. MAILMAN, ESQUIRE
JOHN SOUMILAS, ESQUIRE
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

DATE: November 7, 2003