IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Grace Lawrence | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | 02-4440 |
| | : | |
| Trans Union LLC | : | |
| | : | |
| Defendant | : | |

## **O R D E R**

Defendant filed a motion to supplement record with new available deposition testimony of third party (Docket #38).  Plaintiff substantively responded to the supplementary filing, effectively waiving the right to contest its filing (Docket #39).

**AND NOW**, this         day of November 2003, Defendant's motion to supplement record with new available deposition testimony of third party (Docket #38) is **GRANTED**.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:          Copies **MAILED** on _____ to: