IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE<br>　　　　　　　Plaintiff,<br>　v.<br>TRANS UNION LLC<br>CITY OF PHILADELPHIA<br>　　　　　　　Defendant. | C.A. NO: 02-CV-4440 |

## ORDER

AND NOW, this _____ day of _____, 200___, upon consideration of defendant's within Motion for Reconsideration of this Court's Order denying, in part, defendant's motion for summary judgment, and Plaintiff's response thereto, it is hereby ORDERED that:

1) Defendant's Motion for Reconsideration is **GRANTED**;

2) The Order of December 11, 2003 is **VACATED** to the extent that defendant's motion for summary judgment with respect to plaintiff's claim for willful violation of 15 U.S.C. §1681 and an entitlement to FCRA qualified immunity was denied; and

3) Defendant's motion for summary judgment is **GRANTED** with respect to plaintiff's claims of a willful violation of the FCRA and all state law claims.

SO ORDERED,

_____
ANITA B. BRODY, U.S.D.J.