UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>TRANS UNION, LLC )<br>)<br>and )<br>)<br>CITY OF PHILADELPHIA )<br>)<br>Defendants. )<br>) | Civil Action No. 02-CV-4440 |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT**
**TRANS UNION LLC'S MOTION FOR RECONSIDERATION**

Plaintiff, Grace Lawrence, through counsel, hereby opposes the Motion For Reconsideration of Defendant Trans Union, LLC. For the reasons set forth in the accompanying Memorandum of Law, the Motion should be denied.

        **Respectfully submitted,**

        **FRANCIS & MAILMAN, P.C.**

BY: _____
        JAMES A. FRANCIS, ESQUIRE
        MARK D. MAILMAN, ESQUIRE
        JOHN SOUMILAS, ESQUIRE
        Land Title Building, 19th Floor
        100 South Broad Street
        Philadelphia, PA 19110
        (215) 735-8600

Dated: January 5, 2004        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> TRANS UNION, LLC ) <br> ) <br> and ) <br> ) <br> CITY OF PHILADELPHIA ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 02-CV-4440 |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Defendant Trans Union, LLC's Motion For Reconsideration and Plaintiff's Response And Opposition thereto, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

_____
Brody, Anita B.,                J.