## CERTIFICATE OF SERVICE

I, James A. Francis, hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served by way of U.S. mail, first-class and postage pre-paid, upon the following individual:

>Timothy P. Creech, Esquire
>Satzberg, Trichon, Kogan
>& Wertheimer, P.C.
>1818 Market Street, 30th Floor
>Philadelphia, PA 19103

**FRANCIS & MAILMAN, P.C.**

BY: _____
JAMES A. FRANCIS, ESQUIRE
MARK D. MAILMAN, ESQUIRE
JOHN SOUMILAS, ESQUIRE
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

DATE: January 5, 2004