```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| GRACE LAWRENCE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRANS UNION, LLC | : | NO. 02-4440 |

## **O R D E R**

**AND NOW**, this     day of   January, 2004, it is Ordered that a **CIVIL JURY TRIAL** in the above captioned case will commence on **Monday, February 23, 2004** at **9:30 a.m.**, in courtroom 7-B on the 7th floor of the U.S. District Court, 601 Market St., Philadelphia, PA.  A **Final Pretrial Conference** will be held on **Wednesday, February 18, 2004** at **4:00 p.m.** in chambers, room 7613 on the 7th floor.


ATTEST:                              or    BY THE COURT


BY:_____       _____
      Deputy Clerk                     Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

James A. Francis, Esq. (via fax: 215-940-8000)
John Soumilas, Esq. (via fax: 215-940-8000)
Mark D. Mailman, Esq. (via fax: 215-940-8000)
Bruce S. Luckman, Esq. (via fax: 215-575-7688)
Timothy P. Creech, Esq. (via fax: 215-575-7688)
Jams P. Cousounis, Esq. (via fax: 215-683-5071)
Michael F. Eichert, Esq. (via fax: 215-683-5071)