IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE<br>        Plaintiff,<br>v.<br>TRANS UNION LLC<br>        Defendant. | C.A. NO: 02-CV-4440 |

### DECLARATION OF BRUCE S. LUCKMAN

Bruce S. Luckman, Esquire makes the following Declaration pursuant to 28 U.S.C. §1746:

1. I am filing this motion upon learning that the serious cardio-pulmonary illness of Ms. Little which has resulted in her being forced to take a medical leave of absence and to be hospitalized for approximately one week, ending February 13, 2004.

2. The facts set forth in the attached Emergency Motion for Continuance regarding Ms. Little's importance to Trans Union's ability to defend this action are true and accurate.

3. This request for a continuance is made solely to allow Ms. Little to recover from her illness and to avoid prejudice to Trans Union if the case is conducted without Ms. Little being available to testify and prepare for trial, and not for any other purpose.

4. The requested continuance will not prejudice any party.

5. James Francis, Esquire, counsel for plaintiff, has graciously agreed not to oppose the instant motion for continuance.

I declare under penalty of perjury that the foregoing is true and correct.

_____
BRUCE S. LUCKMAN

Dated: February 16, 2004

5