# NICHOLAS A. BUSILLO, M.D.

3001 Garrett Rd • Drexel Hill, PA 19026 • 610-394-9934  Fax 610-394-2595

2-16-04

This is to certify that Mr. Little is in the process of being evaluated for a cardio-pulmonary problem and will be out of work for approximately 2-3 wks. If I can be of further assistance please do not hesitate to call.

Sincerely,

[signature]