IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GRACE LAWRENCE<br><br>                    Plaintiff,<br>     v.<br><br>TRANS UNION LLC<br>CITY OF PHILADELPHIA<br>                    Defendant. | C.A. NO: 02-CV-4440 |

**ORDER GRANTING EMERGENCY MOTION FOR CONTINUANCE**

Came on to be considered this day the motion of the defendant for continuance of the trial in the above styled and numbered cause, presently set for March 15, 2004. The Plaintiff does not object to the continuance. After considering the emergency motion and the reasons cited in support thereof, it is the opinion of the Court that the motion should be, and it is **GRANTED**, and the trial of this cause now set to begin on March 15, 2004, is **CONTINUED** until further notice of the Court.

**ORDERED and ADJUDGED** this, the _____ day of February , 2004.


_____
BRODY, J