IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GRACE LAWRENCE

                    Plaintiff,          C.A. NO: 02-CV-4440

        v.

TRANS UNION LLC
CITY OF PHILADELPHIA

                    Defendant.

## CERTIFICATE OF SERVICE

Timothy P. Creech, Esq., hereby certifies that he caused a true and correct copy of the

foregoing Trans Union's Emergency Motion to Adjourn Trial to be sent *via* ECF, on this date, to the

following:

James A. Francis, Esq.
John Soumilas, Esq.
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
Philadelphia, PA 19110
(215) 735-8600; Fax: (215) 940-8000

*Counsel for Plaintiff*

_____
TIMOTHY P. CREECH

DATED:    February 17, 2004

# SATZBERG, TRICHON, KOGAN & WERTHEIMER, P.C.
### ATTORNEYS AT LAW

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

NEW JERSEY OFFICE
————
CHERRY HILL

**Bruce S. Luckman**
Direct Dial:    (215) 575-7622
Facsimile:    (215) 575-7688
e-mail: bluckman@mstkw.com

(215) 575-7600

February 17, 2004

**Via FedEx**

Honorable Anita B. Brody
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
  EASTERN DISTRICT OF PENNSYLVANIA
2609 U.S. Courthouse
Independence Mall West
601 Market St.
Philadelphia, PA 19106-1797
(215) 597-7704

> **RE:    Grace Lawrence v. Trans Union LLC**
> **E.D. PA No: 02-CV-4440**

Dear Judge Brody:

Enclosed please find two courtesy copies of Trans Union's Unopposed Emergency Motion to Continue Trial.

Thank you.

Respectfully,

SATZBERG, TRICHON,
  KOGAN & WERTHEIMER, P.C.

BRUCE S. LUCKMAN

Enclosure

cc:    John Soumilas, Esq. (via email w/enc.)