IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Grace Lawrence | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | 02-4440 |
| | : | |
| Trans Union LLC | : | |
| | : | |
| Defendant | : | |

## **O R D E R**

  **AND NOW**, this _____ day of February, 2004, it is **ORDERED** that:

•  The parties will meet with Magistrate Judge Welsh for a settlement conference forthwith.

•  The parties shall report to chambers with the scheduled date for this conference (contact Patricia Kipnis, law clerk to Judge Brody.)

•  Pre-trial submissions are due 30 days after the conference with Judge Welsh.

•  The trial date is 45 days after the conference with Judge Welsh.

_____

        ANITA B. BRODY, J.

 Copies **FAXED** on _____ to: Copies **MAILED** on _____ to:

O:\TRICIA\Civil\Lawrence\Lawrence Welsh order.wpd