IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE LAWRENCE | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION, LLC | : | NO. 02-4440 |

O R D E R

AND NOW, this      day of March, 2004, it is hereby **ORDERED** that a settlement conference is scheduled before the undersigned on Wednesday, April 7, 2004 at 10:00 a.m. in Room 3029, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

IT IS **FURTHER ORDERED** that trial counsel, clients and any other person necessary to negotiate and agree to a settlement shall appear in person at said conference.

ATTEST:              or              BY THE COURT:

BY: Juanita M. Davis                 DIANE M. WELSH
    Deputy Clerk                     UNITED STATES MAGISTRATE JUDGE

Copy faxed on 3/3/04 to:
John Soumilas, Esq.
Timothy P. Creech, Esq.