```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GRACE LAWRENCE                    :           CIVIL ACTION
                                  :
          v.                      :
                                  :
TRANS UNION, LLC, et al.          :           NO. 02-4440
```

## **N O T I C E**

Counsel please be advised that the Civil Trial scheduled for **Monday, May 24, 2004** at **9:30 a.m.** in the above captioned case is continued. The case will enter Judge Brody's Trial Pool on **June 7, 2004.**


ATTEST:                                or     BY THE COURT



BY:_____              _____
      Deputy Clerk                         Anita B. Brody, J.

Civ 12 (9/83)

Copies FAXED on _____ to:  Copies MAILED on _____ to:

James A. Francis, Esq. (via fax: 215-940-8000)
John Soumilas, Esq. (via fax: 215-940-80000)
Mark D. Mailman, Esq. (via fax: 215-940-8000)
Bruce S. Luckman, Esq. (via fax: 215-575-7688)
Timothy P. Creech, Esq. (via fax: 215-575-7688)