IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE LAWRENCE. | : | CIVIL ACTION |
| vs. | : | |
| TRANS UNION, LLC, et al. | : | NO. 02-4440 |

O R D E R

    **AND NOW, TO WIT:** This 12th day of April, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

    **MICHAEL E. KUNZ**, Clerk of Court

    **BY:**_____
          Marie O'Donnell
          Deputy Clerk

Civ 2 (8/2000)
41(b).frm